# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ALLISON J. SCHREIBER & FRANK E. SCHREIBER-DISM AS TO FRANK ONLY  Case Number: 06-71217
503 W. TODD           SSN-xxx-xx-7163 & xxx-xx-3288
WOODSTOCK, IL  60098

Case filed on:      7/13/2006
Plan Confirmed on:  12/21/2006

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $6,205.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY SCOTT A BENTLEY | 2,774.00 | 2,774.00 | 175.63 | 0.00 |
| | Total Legal | 2,774.00 | 2,774.00 | 175.63 | 0.00 |
| 014 | CBT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ENTERPRISE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FIRST NATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HARVARD COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RNB - FIELDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | SPIEGEL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | INTERNAL REVENUE SERVICE | 1,853.00 | 1,853.00 | 0.00 | 0.00 |
| | Total Priority | 1,853.00 | 1,853.00 | 0.00 | 0.00 |
| 030 | ALLISON J. SCHREIBER | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ALLISON J. SCHREIBER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | MORTG ELECTRONIC REGISTRATION SYSTEMS | 26,009.76 | 0.00 | 0.00 | 0.00 |
| 002 | CUB CADET | 1,000.00 | 1,000.00 | 601.11 | 0.00 |
| 003 | WELLS FARGO FINANCIAL ACCEPTANCE | 27,982.64 | 27,982.64 | 3,089.29 | 1,972.75 |
| | Total Secured | 54,992.40 | 28,982.64 | 3,690.40 | 1,972.75 |
| 002 | CUB CADET | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO FINANCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASPIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE CORP | 11,689.45 | 11,689.45 | 0.00 | 0.00 |
| 006 | BANK OF AMERICA NA | 498.54 | 498.54 | 0.00 | 0.00 |
| 007 | BOHL DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 477.94 | 477.94 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 451.19 | 451.19 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 621.29 | 621.29 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 209.69 | 209.69 | 0.00 | 0.00 |
| 012 | CAPITAL ONE | 700.81 | 700.81 | 0.00 | 0.00 |
| 013 | CARDSERVICE INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | LVNV FUNDING LLC | 383.84 | 383.84 | 0.00 | 0.00 |
| 020 | MERCHANT CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MICHLING HOFMANN VINTON PLAZA & WICK | 1,932.00 | 1,932.00 | 0.00 | 0.00 |
| 023 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | PORTFOLIO RECOVERY ASSOCIATES | 4,859.71 | 4,859.71 | 0.00 | 0.00 |
| 028 | BANK OF AMERICA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | B-REAL LLC | 3,756.99 | 3,756.99 | 0.00 | 0.00 |
| | Total Unsecured | 25,581.45 | 25,581.45 | 0.00 | 0.00 |
| | Grand Total: | 85,200.85 | 59,191.09 | 3,866.03 | 1,972.75 |

Total Paid Claimant:    $5,838.78
Trustee Allowance:       $366.22
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                   By  /s/Heather M. Fagan